26 So.2d 921

George CLARK v. STATE.

6 Div. 277.

Court of Appeals of Alabama.
May 21, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 921

Jimmie Lee COLEMAN v. STATE.

4 Div. 940.

Court of Appeals of Alabama.
April 9, 1946.

Rehearing Denied June 25, 1946.

A. L. Patterson, of Phenix City, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 921

James CONLEY v. STATE.

4 Div. 922.

Court of Appeals of Alabama.
Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 921

Benjamin COOK v. STATE.

7 Div. 858.

Court of Appeals of Alabama.
June 4, 1946.

Earl Montgomery, of Talladega, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

26 So.2d 922

N. P. COOK v. STATE.

6 Div. 252.

Court of Appeals of Alabama.
May 14, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

25 So.2d 856

Richard (alias Cootney) COOK v. STATE.

4 Div. 964.

Court of Appeals of Alabama.
April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.
See, also, 21 So.2d 446.